UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONNIE LEWIS,**

    **Plaintiff,**

v.                               Case No. 8:09-cv-2383-T-30TGW

**MODERN BUSINESS ASSOCIATES, INC.,**

    **Defendant.**

_____/

## O R D E R

    The Court has been advised via a Notice of Settlement (Dkt. #13) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on May 12, 2010.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-2383.dismiss 13.wpd